AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 20-sw-116
SIX CELLULAR TELEPHONES FURTHER )
DESCRIBED IN ATTACHMENT A )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____Columbia____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before ____5/15/2020____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Magistrate Judge G. Michael Harvey____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    05/01/2020    *[signature]*    2020.05.01 17:12:18 -04'00'
Judge's signature

City and state:    Washington, D.C.    Magistrate Judge G. Michael Harvey
Printed name and title

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>20-sw-116 | Date and time warrant executed:<br>May 4, 2020 at 1044 EDT | Copy of warrant and inventory left with:<br>Devices |
| Inventory made in the presence of :<br>     SA Michael Fernald | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>    Binary data contained within:<br>    Apple, MOD: A1688, IMEI: 355729075084355<br>    TCL Cellular Telephone containing SIM card bearing ICCID:  8901260022115829939<br>    Apple, MOD: A1897, IMEI: 354834093001752<br>    One Touch 875T, IMEI: 013337000537770<br>    Motorola, MOD: XT1921-3, IMEI: 354146091623978<br>    Apple, MOD: A1660, IMEI: 359461082313108 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  May 4, 2020

_Executing officer's signature_

Steven Letteney, Special Agent, ATF
_Printed name and title_